```
1  Kathryn L. Johnson (#19150)
   Law Office of Kathryn L. Johnson, PLC
2  2 E. Congress Street, Suite 900
   Tucson, AZ 85701
3  (520) 743-2257; (520) 743-2231 facsimile
   Attorney for Debtor
4
5
6              IN THE UNITED STATES BANKRUPTCY COURT
7                  FOR THE DISTRICT OF ARIZONA
8  In re:                      )   Case no: 4:09-bk-25557-EWH
                                )
9      DANIEL BENITEZ           )   Chapter 13 Proceeding
                                )
10                              )   OBJECTION TO
              Debtor.           )   PROOF OF CLAIM NO. 1
11                              )   AND NOTICE THEREON
   _____ )
12
```

13   Debtor, DANIEL BENITEZ, by and through counsel undersigned, hereby files this

14 Objection to the Proof of Claim No. 1, as follows:

15   1.   On October 9, 2009, Debtor filed bankruptcy under Chapter 13.

16   2.   On October 16, 2009, Pima County filed a Proof of Claim in the amount of

17 $1,764.63. The tax liability claim relates to real property owned by Debtor, located at 1601 N.

18 Andros Place, Tucson, Arizona 85745.

19   3.   At the time of filing the instant bankruptcy, Debtor was current on his

20 mortgage payments for the real property located at 1601 N. Andros Place, Tucson, Arizona.

21 The mortgage payments include an impound account through his lender, GMAC, for property

22 taxes and homeowner's insurance.

23   4.   Debtor's lender, GMAC, paid the first half of property taxes owed for 2009 on

24 October 8, 2009. (See Exhibit 1.)

25   5.   Pima County shows that the first half of property taxes have been received.

26 (See Exhibit 2.)

27   6.   The second half of property taxes for 2009 are not yet due. They will also be

28 paid through the lender's impound escrow account.

7. Because Pima County has been paid in full through escrow and is currently not owed property taxes, the claim should be disallowed, unless on or before 15 days from the mailing of this objection the creditor EITHER:

    A. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to support the claim to the Debtor AND receives a withdrawal of objection; OR

    B. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to Debtor's counsel at 2 E. Congress Street, Suite 900, Tucson, AZ 85701.

DATED this 5th day of November, 2009.

LAW OFFICE OF KATHRYN L. JOHNSON

By: /s/ Kathryn L. Johnson
    Kathryn L. Johnson
    Attorney for Debtor

Copy of the foregoing mailed
this 5th day of November, 2009 to:

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154-413
Tucson, AZ 85741

Troy E. Larkin
Deputy County Attorney
Pima County Attorney's Office
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701

/s/ Alma Duarte